Nos. 22-16810, 22-16812

# United States Court of Appeals for the Ninth Circuit

CITY OF OAKLAND, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through the City Attorney for the City of Oakland; CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney,

*Plaintiffs-Appellees*,

v.

BP PLC, a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS COMPANY, a Delaware corporation; CONOCOPHILLIPS; EXXON MOBIL CORPORATION, a New Jersey corporation; SHELL, PLC, a public limited company of England and Wales, f/k/a Royal Dutch Shell PLC,

*Defendants-Appellants.*

Appeals from the United States District Court,
Northern District of California,
Nos. 3:17-cv-6011, 3:17-cv-6012 (Hon. William H. Alsup)

## EXCERPTS OF RECORD
### Index Volume

<table>
<tr><td>

JOSHUA D. DICK
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8331

THOMAS G. HUNGAR
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3784

</td><td>

THEODORE J. BOUTROUS, JR.
ANDREA E. NEUMAN
WILLIAM E. THOMSON
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
tboutrous@gibsondunn.com

</td></tr>
</table>

*Counsel for Defendant-Appellant Chevron Corporation*

*(Additional Counsel Listed on Signature Page of Brief)*

# INDEX OF EXCERPTS OF RECORD

*Volume 1*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Order Granting Renewed Motion to Remand (Oct. 24, 2022) | 434 | 357 | ER-2 |

*Volume 2*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Declaration of Joshua D. Dick in Support of Defendants' Opposition to Plaintiffs' Renewed Motion to Remand (Feb. 25, 2021) | 349-1 | 293-1 | ER-18 |
| Ex. 5: Statement of Senator Joseph C. O'Mahoney | 349-6 | 293-6 | ER-28 |
| Ex. 6: Navy Supply Corps Newsletter, *NAVSUP Fuels: What the Fleet Runs On* | 349-7 | 293-7 | ER-40 |
| Ex. 14: *Amici Curiae* Brief of General (Retired) Richard B. Myers and Admiral (Retired) Michael G. Mullen in Support of Petitioners in *BP P.L.C. v. Mayor & City Council of Baltimore*, No. 19-1189 (U.S. Feb. 25, 2021) | 349-15 | 293-15 | ER-105 |
| Ex. 15: Certificate of Dissolution of War Emergency Pipelines, Inc. | 349-16 | 293-16 | ER-139 |

i

| | | | |
|---|---|---|---|
| Ex. 16:  John W. Frey and H. Chandler Ide, *A History of the Petroleum Administration for War, 1941–1945* | 349-17 | 293-17 | ER-144 |
| Ex. 17:  1968 Historic American Engineering Record No. TX-76, War Emergency Pipeline Inch Lines Historic District | 349-18 | 293-18 | ER-157 |
| Ex. 18:  Remarks of Secretary Harold Ickes to the Conference of Petroleum Industry Chairmen | 349-19 | 293-19 | ER-163 |
| Ex. 19:  Telegram from P.M. Robinson, PAW Assistant Director of Refining, to Ralph K. Davies, PAW Deputy Administrator | 349-20 | 293-20 | ER-175 |
| Ex. 22:  Gregory Pedlow and Donald Welzenbach, *The Central Intelligence Agency and Overhead Reconnaissance: The U-2 and OXCART Programs, 1954-1974* | 349-23 | 293-23 | ER-179 |
| Ex. 23:  Ben R. Rich and Leo Janos, *Skunk Works: A Personal Memoir of My Years at Lockheed* | 349-24 | 293-24 | ER-185 |
| Ex. 24:  CIA Doc. No. CIA RDP90B00170R000100080001-5, Clarence L. Johnson, Development of the Lockheed SR-71 Blackbird | 349-25 | 293-25 | ER-191 |
| Ex. 25:  CIA Doc No. CIA-RDP67B00074R000500400016-2, Contract No. AF33(657)-8577 (SH-511) | 349-26 | 293-26 | ER-219 |

| | | | |
|---|---|---|---|
| Ex. 26:  CIA Doc. No. CIA-RDP67B00074R000500400012-6, Amendment No. 2 to Contract No. AF33(657)-8577 (SH-511) | 349-27 | 293-27 | ER-229 |
| Ex. 27:  CIA Doc. No. CIA-RDP67B00074R000500440005-0, Concurrence in Contract No. SH-515 with Shell Oil Company, Project OXCART | 349-28 | 293-28 | ER-232 |
| Ex. 28:  CIA Doc. No. CIA-RDP67B00074R000500450004-0, Contract No. AF33(657)-13272 (SH-516) | 349-29 | 293-29 | ER-235 |
| Ex. 29:  CIA Doc. No. CIA-RDP67B00074R000500440006-9, Contract No. AF33(657)-12525 (SH-515) | 349-30 | 293-30 | ER-271 |

*Volume 3*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Ex. 30:  CIA Doc. No. CIA-RDP67B00074R000500430003-3, Concurrence in Contract No. SH-514 with Shell Oil Company | 349-31 | 293-31 | ER-308 |
| Ex. 31:  CIA Doc. No. CIA-RDP67B00074R000500420006-1, Contract No. AF33(657)10449 (SH-513) | 349-32 | 293-32 | ER-345 |
| Ex. 32:  CIA Doc. No. CIA-RDP67B00074R000500410006-2, Contract No. AF33(657)-8582 (SH-512) | 349-33 | 293-33 | ER-393 |

| | | | |
|---|---|---|---|
| Ex. 33: CIA Doc. No. CIA-RDP63-00313A000500130031-9, Summary of OSA Activities for Week Ending 21 August 1963 | 349-34 | 293-34 | ER-441 |
| Ex. 34: Tables Summarizing Contracts Between BP Entities and Defense Logistics Agency | 349-35 | 293-35 | ER-448 |
| Ex. 35: DLA Detail Specifications for Turbine Fuels, Aviation, Kerosene Types, NATO F-34 (JP-8), NATO F-35, and JP-8+100, MIL-DTL-83133E | 349-36 | 293-36 | ER-455 |
| Ex. 36: Department of Defense Handbook on Aerospace Fuels Certification, MIL-HDBK-510A | 349-37 | 293-37 | ER-471 |
| Ex. 37: Air Force Wright Aeronautical Laboratories, Military Jet Fuels, 1944-1987, AFWAL-TR-87-2062 | 349-38 | 293-38 | ER-494 |
| Ex. 38: U.S. Department of Defense's Detail Specifications for Turbine Fuel, Aviation, Grades JP-4 and JP-5, MIL-DTL-5624W | 349-39 | 293-39 | ER-562 |
| Ex. 42: Standard Specification for Aviation Turbine Fuels, ASTM D1655–20 | 349-43 | 293-43 | ER-585 |

*Volume 4*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Ex. 43: Defence Standard 91-091, Turbine Fuel, Aviation Kerosene Type, Jet A-1, NATO Code: F-35; Joint Service Designation: AVTUR, Issue 09 | 349-44 | 293-44 | ER-606 |
| Ex. 47: Report Reflecting Procurement Contract SP060012D0510 | 349-48 | 293-48 | ER-650 |
| Ex. 48: Report Reflecting Procurement Contract SP060012D0498 | 349-49 | 293-49 | ER-653 |
| Ex. 49: Report Reflecting Procurement Contract SP060010D0470 | 349-50 | 293-50 | ER-656 |
| Ex. 50: Report Reflecting Procurement Contract SP060011D0482 | 349-51 | 293-51 | ER-659 |
| Ex. 51: Solicitation SP0600-10-R-0061 and Addendum | 349-52 | 293-52 | ER-662 |
| Ex. 52: Solicitation SP0600-12-R-0061 and Addendum | 349-53 | 293-53 | ER-676 |
| Ex. 53: Report Reflecting the Bid Summary of Award Information for Products F76, JAA, JP5, and JP8 | 349-54 | 293-54 | ER-693 |

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Ex. 54: Minimum Cost Solution Bid Award Sheet detailing the shipping terminals to receive products F76, JAA, JP5, and JP8 | 349-55 | 293-55 | ER-701 |
| Ex. 55: Solicitation SP0600-10-R-0061 Award Report | 349-56 | 293-56 | ER-759 |
| Ex. 56: DLA Detail Specification for Turbine Fuel, Aviation, Grades JP-4 and JP-5, MIL-DTL-5624U | 349-57 | 293-57 | ER-763 |
| Declaration of Dr. Mark R. Wilson (Feb. 25, 2021) | 349-66 | 293-66 | ER-781 |
| Order and Amended Opinion of the Ninth Circuit (Aug. 12, 2020) | 304 | 254 | ER-825 |
| Order Granting Motion to Dismiss Amended Complaints (June 25, 2018) | 283 | 236 | ER-858 |
| Transcript of May 30, 2018 District Court Proceedings | 265 | 221 | ER-874 |

*Volume 5*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (May 3, 2018) | 235 | | ER-882 |
| First Amended Complaint for Public Nuisance (Apr. 3, 2018) | 199 | — | ER-887 |
| First Amended Complaint for Public Nuisance (Apr. 3, 2018) | — | 168 | ER-952 |

| | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Order Denying Motions to Remand (Feb. 27, 2018) | 134 | 116 | ER-1024 |
| *Oakland* Notice of Removal (Oct. 20, 2017) | 1 | — | ER-1033 |
| Ex. A:  All Process, Pleadings, and Orders from State-Court Action | 1-2 | — | ER-1069 |
| *San Francisco* Notice of Removal (Oct. 20, 2017) | — | 1 | ER-1131 |

*Volume 6*

| Description | 17-cv-6011 Dkt. | 17-cv-6012 Dkt. | Page |
|---|---|---|---|
| Ex. A:  All Process, Pleadings, and Orders from State-Court Action | — | 1-2 | ER-1168 |
| Notice of Appeal (Nov. 21, 2022) | 435 | — | ER-1307 |
| Notice of Appeal (Nov. 21, 2022) | — | 358 | ER-1316 |
| Docket Sheet for *Oakland*, No. 17-cv-6011-WHA (N.D. Cal.) | — | — | ER-1325 |
| Docket Sheet for *San Francisco*, No. 17-cv-6012-WHA (N.D. Cal.) | — | — | ER-1382 |