No. 22-16810

IN THE

# United States Court of Appeals for the Ninth Circuit

CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney Barbara J. Parker,

*Plaintiffs-Appellees*,

v.

B.P. P.L.C., a public limited company of England and Wales; CHEVRON CORPORATION, a Delaware corporation; CONOCOPHILLIPS COMPANY, a Delaware corporation; CONOCOPHILLIPS; EXXON MOBIL CORPORATION, a New Jersey corporation; SHELL PLC, a public limited company of England and Wales, F/K/A ROYAL DUTCH SHELL PLC,

*Defendants-Appellants.*

On Appeal from the United States District Court,
Northern District of California, Case Nos. 3:17-cv-06011
(The Honorable William H. Alsup)

## APPELLANTS' CONSENT MOTION TO CONSOLIDATE APPEALS

JOSHUA D. DICK
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
(415) 393-8331

THOMAS G. HUNGAR
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 887-3784

THEODORE J. BOUTROUS, JR.
ANDREA E. NEUMAN
WILLIAM E. THOMSON
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
tboutrous@gibsondunn.com

*Counsel for Defendant-Appellant Chevron Corporation.*
[*Additional counsel listed on signature page*]

Pursuant to Federal Rules of Appellate Procedure 3(b)(2) and 27 and Circuit Rule 27-1, Appellants move to consolidate two related appeals pending before this Court: *City of Oakland v. BP PLC*, No. 22-16810, and *City and County of San Francisco v. BP PLC*, No. 22-16812. These appeals arise from a single order remanding both cases to California state court. *City of Oakland v. BP P.L.C.*, No. C 17-06011 WHA, 2022 WL 14151421 (N.D. Cal. Oct. 24, 2022). Each appellant is an energy company that timely appealed the district court's remand order. *See* Notice of Appeal, *City of Oakland v. BP P.L.C.*, No. C 17-06011 WHA (N.D. Cal. Nov. 21, 2022), ECF No. 435; Notice of Appeal, *City and County of San Francisco v. BP P.L.C.*, No. C 17-06012 WHA (N.D. Cal. Nov. 21, 2022), ECF No. 358.

Because both appeals arise from the same remand order, consolidating these appeals will serve the interest of judicial economy and will not result in any delay. "When the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals." Fed R. App. P. 3(b)(2). This rule was adopted to encourage consolidation of appeals whenever possible. *See* 1967 Advisory Committee Notes to FRAP 3. The Court should grant consolidation here.

First, consolidation serves the interest of judicial economy. When the appeals court will have to review the same issues in each appeal, consolidation is warranted in the interest of judicial economy. *See California v. Mesa*, 813 F.2d 960, 961 n. 1 (9th Cir. 1987) (consolidating two separate cases on appeal because "they raise the same legal issues"). Here, both appeals arise from the same district court decision and raise identical issues, namely, whether the district court erred in remanding these suits to state court. Consolidation will streamline briefing and oral argument in these cases, and ensure consistent outcomes in both appeals. Indeed, this Court previously consolidated the appeals arising from an earlier order in these same cases. *See City of Oakland v. BP PLC*, 960 F.3d 570, 575 (9th Cir.), *opinion amended and superseded on denial of reh'g*, 969 F.3d 895 (9th Cir. 2020).

Second, there will be no delay if the appeals are consolidated. Both appeals are progressing under the same timelines. Defendants-Appellants filed materially identical opening briefs in both cases on March 31, 2023. Consolidation will not affect either appeal's timeline.

The Court should therefore consolidate appeals Nos. 22-16810 and 22-16812. Plaintiffs-Appellees consent to this motion.

DATED:  April 5, 2023

Respectfully submitted,

By:   /s/ *Dawn Sestito*
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
roppenheimer@omm.com
dsestito@omm.com


Theodore V. Wells, Jr.
Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com

*Attorneys for Defendant-Appellant
EXXON MOBIL CORPORATION*

By: ** /s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Thomas G. Hungar
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
thungar@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
aneuman@gibsondunn.com

Joshua D. Dick
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
jdick@gibsondunn.com

3

By: /s/ *Gary T. Lafayette*
Gary T. Lafayette
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
glafayette@lkclaw.com

David C. Frederick
Daniel S. Severson
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
dseverson@kellogghansen.com

*Attorneys for Defendant SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC)*

Neal S. Manne
Johnny W. Carter
Erica Harris
Steven Shepard
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
jcarter@susmangodfrey.com
eharris@susmangodfrey.com
sshepard@susmangodfrey.com

Herbert J. Stern
Joel M. Silverstein
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
hstern@sgklaw.com
jsilverstein@sgklaw.com

*Attorneys for Defendant-Appellant CHEVRON CORPORATION.*

\*\* Pursuant to Ninth Circuit L.R. 25-5(e), counsel attests that all other parties on whose behalf the filing is submitted concur in the filing's contents.

By:   /s/ *Raymond A. Cardozo*
Raymond A. Cardozo
T. Connor O'Carroll
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
rcardozo@reedsmith.com
cocarroll@reedsmith.com

Jameson R. Jones
Daniel R. Brody
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
jameson.jones@bartlitbeck.com
dan.brody@bartlitbeck.com

*Attorneys for Defendants-Appellants CONOCOPHILLIPS COMPANY and CONOCOPHILLIPS*

By:   /s/ *Jonathan W. Hughes*
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
jonathan.hughes@arnoldporter.com

John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
john.lombardo@arnoldporter.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
nancy.milburn@arnoldporter.com

*Attorneys for Defendant-Appellant BP P.L.C.*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that:

The motion complies with the word limit of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure, as it contains 413 words, excluding the portions exempted by Rule 32(f).

The motion also complies with the typeface requirements of Rule 32(a)(5)(A) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point, New Century Schoolbook font.

| | |
|---|---|
| Dated: April 5, 2023 | /s/ *Theodore J. Boutrous, Jr.* <br> Theodore J. Boutrous, Jr. <br><br> GIBSON, DUNN & CRUTCHER LLP <br><br> *Attorneys for Defendant-Appellant Chevron Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: April 5, 2023          /s/ *Theodore J. Boutrous, Jr.*
　　　　　　　　　　　　　　Theodore J. Boutrous, Jr.

　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　*Attorneys for Defendant-Appellant*
　　　　　　　　　　　　　　*Chevron Corporation*