**FILED**

UNITED STATES COURT OF APPEALS

APR 28 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through the City Attorney for the City of Oakland,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>  Defendants-Appellants. | No. 22-16810<br><br>D.C. No. 3:17-cv-06011-WHA Northern District of California, San Francisco<br><br>ORDER |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>  Defendants-Appellants. | No. 22-16812<br><br>D.C. No. 3:17-cv-06012-WHA |

The appellants' unopposed motion (Docket Entry No. 32) to consolidate

Nos. 22-16810 and 22-16812 is granted. The Clerk will file the consolidated

tah/4.3.23/Pro Mo

opening brief (Docket Entry No. 28).

The appellees' consolidated answering brief is now due May 30, 2023. The optional consolidated reply brief is due within 21 days consolidated after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7