UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation and PEOPLE OF THE STATE OF CALIFORNIA, by and through the City Attorney for the City of Oakland,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>　　　　Defendants - Appellants. | No. 22-16810<br><br>D.C. No. 3:17-cv-06011-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation and PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>　　　　Defendants - Appellants. | No. 22-16812<br><br>D.C. No. 3:17-cv-06012-WHA<br>U.S. District Court for Northern California, San Francisco |

The opening brief submitted on March 31, 2023 is filed.

Within 7 days of this order, appellants are ordered to file 6 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on March 31, 2023 are filed. Within 7 days of this order, appellants are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT