Nos. 22-16810, 22-16812

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CITY OF OAKLAND, et al.,
*Plaintiffs-Appellees*,

v.

B.P. P.L.C., et al.
*Defendants-Appellants.*

On Appeal from the United States District Court, Northern District of California,
Case No. 3:17-cv-06011 (The Honorable William H. Alsup)

CITY AND COUNTY OF SAN FRANCISCO, et al.,
*Plaintiffs-Appellees*,

v.

B.P. P.L.C., et. al.
*Defendants-Appellants.*

On Appeal from the United States District Court, Northern District of California,
Case No. 3:17-cv-06012 (The Honorable William H. Alsup)

### APPELLEES' SUPPLEMENTAL EXCERPTS OF THE RECORD INDEX VOLUME

Barbara J. Parker, City Attorney
Maria Bee, Chief Assistant City Attorney
Zoe M. Savitsky, Supervising Deputy City Attorney
Oakland Office of the City Attorney
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-3601

*Counsel for People of the State of California and City of Oakland*

David Chiu, City Attorney
Yvonne R. Meré, Chief Deputy City Attorney
Sara J. Eisenberg, Chief of Complex and Affirmative Litigation
Ronald H. Lee, Deputy City Attorney
Robb W. Kapla, Deputy City Attorney
Alexander J. Holtzman, Deputy City Attorney
San Francisco City Attorney's Office
Fox Plaza, 7th Floor, 1390 Market Street
San Francisco, CA 94102
Telephone: (415) 554-4748

*Counsel for the People of the State of California and City & County of San Francisco*

*(Additional counsel listed on signature page)*

| Document | File Date | *Oakland*, 17-cv-06011 Dkt. No. | *SF*, 17-cv-06012 Dkt. No. | SER No. |
|---|---|---|---|---|
| **VOLUME 1 of 3** | | | | |
| Defendants' Supplemental Brief in Opposition to the People's Renewed Motion to Remand | 7/21/22 | 408 | 340 | 2–36 |
| Defendants' Opposition to the People's Renewed Motion to Remand | 2/25/21 | 349 | 293 | 37–72 |
| District Court's Order Granting Motions to Dismiss for Lack of Personal Jurisdiction | 7/27/18 | 287 | 239 | 73–80 |
| **VOLUME 2 OF 3** | | | | |
| Defendants' Joint Opposition to the People's Motion to Remand | 12/18/17 | 89 | 72 | 82–136 |
| Gregory W. Pedlow & Donald E. Welzenbach, The Central Intelligence Agency and Overhead Reconnaissance: The U-2 and OXCART Programs, 1954-1974 (1992) – Part 1 | N/A[1] | – | – | 137–331 |
| **VOLUME 3 OF 3** | | | | |
| Gregory W. Pedlow & Donald E. Welzenbach, The Central Intelligence Agency and Overhead Reconnaissance: The U-2 and OXCART Programs, 1954-1974 (1992) – Part 2 | N/A | – | – | 333–529 |

---

[1] Defendants filed excerpts of this document in support of their Opposition to the People's Renewed Motions to Remand. *See People v. BP P.L.C. et al.*, No. 17-cv-06011, Dkt. 349-23 (Feb. 25, 2021); *People v. BP P.L.C. et al.*, No. 17-cv-06012, Dkt. 293-23 (Feb. 25, 2021); *see also* 2-ER-179–84. The People are including the full document in these Supplemental Excerpts of Record.

| Document | File Date | *Oakland*, 17-cv-06011 Dkt. No. | *SF*, 17-cv-06012 Dkt. No. | SER No. |
|---|---|---|---|---|
| Excerpts of John W. Frey and H. Chandler Ide, A History of the Petroleum Administration for War, 1941 – 1945 (1946) | N/A[2] | – | – | 530–534 |

Dated: May 5, 2023

Barbara J. Parker, City Attorney
Maria Bee, Chief Assistant City Attorney
Zoe M. Savitsky, Supervising Deputy City Attorney
**Oakland Office of the City Attorney**
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-3601

*Counsel for People of the State of California and City of Oakland*

David Chiu, City Attorney
Yvonne R. Meré, Chief Deputy City Attorney
Sara J. Eisenberg, Chief of Complex and Affirmative Litigation
Ronald H. Lee, Deputy City Attorney
Robb W. Kapla, Deputy City Attorney
Alexander J. Holtzman, Deputy City

Respectfully submitted,

*/s/ Victor M. Sher*
Victor M. Sher
Matthew K. Edling
Katie H. Jones
Martin D. Quiñones
Quentin C. Karpilow
Naomi D. Wheeler
Anthony M. Tohmé
**Sher Edling LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
(628) 231-2500

Michael Rubin
Barbara J. Chisholm
Corinne Johnson
**Altshuler Berzon LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

*Counsel for Plaintiffs-Appellees*

---

[2] Defendants filed excerpts of this document in support of their Opposition to the People's Renewed Motions to Remand. *See People v. BP P.L.C. et al.*, No. 17-cv-06011, Dkt. 349-17 (Feb. 25, 2021); *People v. BP P.L.C. et al.*, No. 17-cv-06012, Dkt. 293-17 (Feb. 25, 2021); *see also* 2-ER-144–56. The People are including the full document in these Supplemental Excerpts of Record.

Attorney
**San Francisco City Attorney's Office**
Fox Plaza, 7th Floor, 1390 Market Street
San Francisco, CA 94102
Telephone: (415) 554-4748

*Counsel for the People of the State of California and City & County of San Francisco*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                               /s/ *Victor M. Sher*
                                               Victor M. Sher