# SHER EDLING LLP
PROTECTING PEOPLE AND THE PLANET

May 18, 2023

**Via ECF**
Molly C. Dwyer
Clerk of Court
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

      Re: *City of Oakland, et al., v. B.P. PLC, et al.*, No. 22-16810
          *City and County of San Francisco, et al., v. B.P. PLC, et al.*, No. 22-16812
          Plaintiff–Appellee's Notice of Supplemental Authority

Dear Ms. Dwyer,

      Plaintiffs-Appellees submit this letter to identify supplemental authority under Rule 28(j). Defendants-Appellants' Opening Brief sought to "preserve" several of the removal arguments that this Court had previously rejected on the ground that other appellate decisions rejecting those same arguments could still be the subject of certiorari review by the U.S. Supreme Court, including the Third Circuit's decision in *City of Hoboken v. Chevron Corp.*, 45 F.4th 699 (3d Cir. 2022) ("*Hoboken*"). *See* OB 1 & n.1.

      On May 15, 2023, the U.S. Supreme Court denied the petition for certiorari in *Hoboken*. *See Chevron Corp. v. Hoboken*, No. 22-821, 2023 WL 3440749 (U.S. May 15, 2023). The denial leaves in place the Third Circuit's decision affirming remands to state court of two more of the state-law cases against fossil fuel companies that are similar to the cases before this Court.

      Respectfully submitted,

      */s/* Victor M. Sher
      Victor M. Sher
      **Sher Edling LLP**

      *Counsel for Plaintiffs–Appellees*

cc: All Counsel of Record (via ECF)