# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-16810, 22-16812

**Case Name** | City of Oakland v. BP PLC; City and County of SF v. BP PLC

Hearing Location (*city*) | San Francisco

Your Name | Victor M. Sher

List the sitting dates for the three sitting months you were asked to review:

October 2 – 6, October 16 – 20, November 13 – 17, December 4 – 8 and December 11 – 14.

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 11 – 14: Unavailable due to Preplanned Law Firm Work Retreat

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Victor M. Sher     **Date** | Jun 22, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** New 12/01/2018