UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through the City Attorney for the City of Oakland,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>        Defendants-Appellants. | No. 22-16810<br><br>D.C. No. 3:17-cv-06011-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>BP PLC, a public limited company of England and Wales; et al.,<br><br>        Defendants-Appellants. | No. 22-16812<br><br>D.C. No. 3:17-cv-06012-WHA |

      The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Therefore, this matter is ordered

2

submitted on the briefs and record without oral argument on November 13, 2023, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT