Nos. 22-16810, 22-16812

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CITY OF OAKLAND, et al.,
*Plaintiffs-Appellees*,

v.

B.P. P.L.C., et al.
*Defendants-Appellants.*

On Appeal from the United States District Court, Northern District of California,
Case No. 3:17-cv-06011 (The Honorable William H. Alsup)

CITY AND COUNTY OF SAN FRANCISCO, et al.,
*Plaintiffs-Appellees*,

v.

B.P. P.L.C., et. al.
*Defendants-Appellants.*

On Appeal from the United States District Court, Northern District of California,
Case No. 3:17-cv-06012 (The Honorable William H. Alsup)

## PLAINTIFFS-APPELLEES' NOTICE OF ERRATA REGARDING ANSWER BRIEF

Barbara J. Parker, City Attorney
Maria Bee, Chief Assistant City Attorney
Zoe M. Savitsky, Supervising Deputy City Attorney
Oakland Office of the City Attorney
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-3601

*Counsel for People of the State of California and City of Oakland*

David Chiu, City Attorney
Yvonne R. Meré, Chief Deputy City Attorney
Sara J. Eisenberg, Chief of Complex and Affirmative Litigation
Ronald H. Lee, Deputy City Attorney
Robb W. Kapla, Deputy City Attorney
Alexander J. Holtzman, Deputy City Attorney
San Francisco City Attorney's Office
Fox Plaza, 7th Floor, 1390 Market Street
San Francisco, CA 94102
Telephone: (415) 554-4748

*Counsel for the People of the State of California and City & County of San Francisco*

*(Additional counsel listed on signature page)*

# NOTICE OF ERRATA

Plaintiffs-Appellees respectfully submit this Notice of Errata to correct the following typographical error in their Answering Brief (Dkt. 37), filed May 5, 2023:

The bottom of page 22 states:

> *Second*, Defendants' argument overstates the "bespoke" nature of these military fuels. See OB 25. The JP-4, JP-5, and JP-8 fuels are not "virtually equivalent to" commercial airlines fuels.

The corrected copy of page 22, attached hereto as Exhibit A, corrects the sentence to the following:

> *Second*, Defendants' argument overstates the "bespoke" nature of these military fuels. See OB 25. The JP-4, JP-5, and JP-8 fuels are "virtually equivalent to" commercial airlines fuels.

Plaintiffs-Appellees and their counsel apologize for any inconvenience created by this errata.

Dated: October 20, 2023

Respectfully submitted,

/s/ Victor M. Sher

| | |
|---|---|
| Barbara J. Parker, City Attorney | Victor M. Sher |
| Maria Bee, Chief Assistant City Attorney | Matthew K. Edling |
| | Katie H. Jones |
| Zoe M. Savitsky, Supervising Deputy City Attorney | Martin D. Quiñones |
| | Quentin C. Karpilow |
| **Oakland Office of the City Attorney** | **Sher Edling LLP** |
| One Frank Ogawa Plaza, 6th Floor | 100 Montgomery St., Suite 1410 |
| Oakland, CA 94612 | San Francisco, CA 94104 |
| Telephone: (510) 238-3601 | (628) 231-2500 |

*Counsel for People of the State of California and City of Oakland*

1

David Chiu, City Attorney
Yvonne R. Meré, Chief Deputy City Attorney
Sara J. Eisenberg, Chief of Complex and Affirmative Litigation
Ronald H. Lee, Deputy City Attorney
Robb W. Kapla, Deputy City Attorney
Alexander J. Holtzman, Deputy City Attorney
**San Francisco City Attorney's Office**
Fox Plaza, 7th Floor, 1390 Market Street
San Francisco, CA 94102
Telephone: (415) 554-4748

*Counsel for the People of the State of California and City & County of San Francisco*

Michael Rubin
Barbara J. Chisholm
Corinne Johnson
**Altshuler Berzon LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

*Counsel for Plaintiffs-Appellees*