UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation and PEOPLE OF THE STATE OF CALIFORNIA, by and through the City Attorney for the City of Oakland, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BP PLC, a public limited company of England and Wales; et al., <br><br> Defendants - Appellants. | No. 22-16810 <br><br> D.C. No. 3:17-cv-06011-WHA <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation and PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BP PLC, a public limited company of England and Wales; et al., <br><br> Defendants - Appellants. | No. 22-16812 <br><br> D.C. No. 3:17-cv-06012-WHA <br> U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered November 27, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $206.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT